IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN MCCLOUD,

        Plaintiff,

    v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant.

1:11-CV-3122-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation [#23], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is

1 - OPINION AND ORDER

correct.

Magistrate Judge Clarke's Report and Recommendation [#23] is adopted. Defendant's motion for summary judgment [#13] is GRANTED.

IT IS SO ORDERED.

DATED this 6 day of November, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE